950 A.2d 86

**In re ADOPTION/GUARDIANSHIP OF TRACY K.**

**No. 139, Sept. Term, 2007.**

Court of Appeals of Maryland.

June 11, 2008.

George E. Meng (Meng & Alpert, LLC, on brief), Upper Marlboro, for appellant.

David K. Hayes, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen., on brief), Baltimore, for appellee.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY, IRMA S. RAKER (Retired, Specially Assigned), and DALE R. CATHELL (Retired, Specially Assigned), JJ.

## PER CURIAM ORDER

For reasons to be stated later in an opinion to be filed, it is this 11th day of June, 2008,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Orphans' Court for Prince George's County be, and it is hereby, affirmed.  Costs to be waived.  Mandate to be issued forthwith.